No. D–1338. IN RE DISBARMENT OF SACKS. It is ordered that Carl Jay Sacks, of Baltimore, Md., be suspended from the practice of law in this Court and that a rule issue, returnable within 40

days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.